# Exhibit C

# FULTON CENTER

# MONTHLY MTA FEE STATEMENT

## December 2017



2049 CENTURY PARK EAST
41ˢᵀ FLOOR
CENTURY CITY
CALIFORNIA 90067

# FULTON CENTER
# FINANCIAL REPORTING PACKAGE
## TABLE OF CONTENTS

1. Monthly MTA Fee Statement
2. Media Revenue

| Westfield Fulton Center / Monthly Participation Rent Statement December 2017 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Revenue** | | | | | | | | | | | | | |
| 1.1.1 Retail Shops | 205,874 | (318,574) | 752,144 | 233,542 | 233,542 | 233,542 | 297,486 | 345,395 | 280,331 | 275,407 | 298,483 | (562,119) | 2,275,054 |
| 1.1.2 Straight Line Rent | 569,297 | 226,337 | 179,716 | 120,546 | 138,295 | 118,150 | 76,716 | 77,709 | 76,408 | 28,513 | 125,207 | 106,983 | 1,843,879 |
| 1.1.3 Percentage Rent | - | 131,400 | 133,711 | (75,703) | 17,766 | 19,391 | (3,098) | (1,460) | 4,068 | (24,583) | 18,587 | 75,269 | 295,348 |
| 1.1.4 Property Tax | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.5 Kiosk/ATM/Trash | (16,316) | 46,128 | (477) | (20,792) | (7,935) | 26,227 | 26,227 | 26,614 | 32,227 | 27,096 | 20,971 | 50,143 | 210,111 |
| 1.1.6 Specialty Leasing | 40,031 | 15,695 | 15,311 | 17,645 | 20,779 | 17,336 | 19,039 | 17,958 | 14,518 | 19,070 | 27,991 | 31,000 | 256,375 |
| 1.1.7 Office | 216,301 | 216,301 | 216,301 | 216,301 | 221,841 | 222,907 | 222,907 | 222,907 | 222,907 | 177,691 | 222,907 | 859,254 | 3,238,521 |
| 1.1.8 Storage | 12,386 | 9,360 | 12,660 | 7,249 | 10,485 | 11,649 | 11,435 | 18,539 | 37,541 | 12,851 | 13,721 | 13,576 | 171,449 |
| 1.1.9 Vacancy | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.10 Bad Debt Reserve | (109) | (92,260) | 167,260 | (118,471) | 19,551 | (31,503) | (113,443) | 29,562 | 221,583 | (207,156) | (30,465) | 218,595 | 63,143 |
| 1.1.11 Additional Income | | | (59,500) | - | (3,000) | - | 8,850 | 126,185 | 10,005 | 755 | - | - | 83,294 |
| 1.1.12 Other Income | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.13 Other Recoverable Income | 11,053 | 26,817 | 28,832 | 27,222 | 26,402 | 33,112 | 33,639 | 32,325 | 33,515 | 39,453 | 28,606 | 29,580 | 350,556 |
| 1.1.14 Parking | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.15 Interest Income* | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.16 Management Fee Revenue | 25,963 | 6,530 | 36,149 | 10,188 | 16,943 | 16,270 | 14,494 | 22,393 | 23,328 | 8,727 | 18,150 | 20,557 | 219,693 |
| 1.1.17 Manual Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **1.1 Total Rent Revenue** | 1,064,480 | 267,733 | 1,482,108 | 417,728 | 694,669 | 667,081 | 594,250 | 918,126 | 956,428 | 357,823 | 744,158 | 842,839 | 9,007,423 |
| **2. Expenses** | | | | | | | | | | | | | |
| 2.2.1 CAM Expense | 516,135 | 445,325 | 482,231 | 413,203 | 515,046 | 404,809 | 450,509 | 425,175 | 461,119 | 418,787 | 409,787 | 483,564 | 5,425,690 |
| 2.2.2 Property Tax | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.3 Specialty Leasing | 22,773 | (4,265) | 17,758 | 10,450 | 5,692 | 6,322 | 4,190 | 5,075 | 5,135 | 5,097 | 4,397 | 5,602 | 88,225 |
| 2.2.4 Brand Ventures | 22,476 | 22,962 | 23,869 | 22,800 | 22,876 | 23,493 | 21,614 | 21,250 | 20,764 | 21,250 | 21,250 | 21,090 | 265,692 |
| 2.2.5 Marketing | 942 | 945 | 942 | 942 | 30,312 | 6,634 | 18,883 | 3,757 | 22,302 | 9,325 | (2,997) | 11,206 | 103,192 |
| 2.2.6 Office Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.7 Parking | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.8 Events | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.9 Other Recoverable | 17,747 | 14,088 | 33,711 | 32,838 | 40,970 | 27,496 | 35,732 | 29,325 | 35,540 | 27,053 | 46,487 | 30,156 | 371,143 |
| 2.2.10 Digital Services | 9,300 | - | - | 9,300 | - | - | 9,300 | - | - | 9,300 | - | - | 37,200 |
| 2.2.11 Interest Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.12 Management Fees | 25,963 | 6,530 | 36,149 | 10,188 | 16,943 | 16,270 | 14,494 | 22,393 | 23,328 | 8,727 | 18,150 | 20,557 | 219,693 |
| 2.2.13 LL Audit/Prof Fees | - | - | - | - | - | - | - | - | - | - | 59 | 24,678 | 24,737 |
| 2.2.14 LL Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.15 LL Legal Fees | - | (945) | 2,647 | (2,741) | 2,741 | (788) | 851 | - | 2,320 | 21,183 | 5,249 | 23,435 | 53,952 |
| 2.2.16 Manual Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.17 LL Electricity | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.18 LL FedEx/Messengers | 153 | 9 | 56 | 100 | 89 | 23 | 108 | 2 | - | - | - | - | 539 |
| 2.2.19 BV Rep & Maint General | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.20 BV Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **2.2 Total O & M Expenses** | 615,489 | 484,648 | 597,362 | 497,081 | 634,669 | 484,260 | 555,680 | 506,976 | 570,507 | 520,722 | 502,381 | 620,288 | 6,590,064 |
| **3. Ongoing Capital Expenditures in Excess of Breakpoint (Exhibit D)** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Commercial Net Revenues** | 448,991 | (216,915) | 884,746 | (79,353) | 60,000 | 182,821 | 38,571 | 411,149 | 385,921 | (162,899) | 241,776 | 222,550 | 2,417,359 |

*calculated based on language in Section 4.1

| Westfield Fulton Center / Monthly Signage Participation Rent Statement | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.3.1 Base Tenant Controlled Signage | 368,552 | 156,099 | 78,723 | 106,305 | 138,497 | 87,264 | 142,851 | 293,933 | 329,594 | 293,131 | 263,795 | 386,309 | 2,645,053 |
| Unrecovered Signage Capital Expenditures Offset (Exhibit A) | - | - | - | - | - | | | - | | - | | - | - |
| 10% Signage Capital Return Offset (Exhibit A) | - | - | - | - | | | - | - | | - | | - | - |
| **Base Tenant Controlled Signage Available for Distribution** | 368,552 | 156,099 | 78,723 | 106,305 | 138,497 | 87,264 | 142,851 | 293,933 | 329,594 | 293,131 | 263,795 | 386,309 | 2,645,053 |
| | | | | | | | | | | | | | |
| Westfield Share - 30% | 110,566 | 46,830 | 23,617 | 31,892 | 41,549 | 26,179 | 42,855 | 88,180 | 98,878 | 87,939 | 79,139 | 115,892.70 | 793,516 |
| | | | | | | | | | | | | | - |
| MTA Share - 70% | 257,986 | 109,269 | 55,106 | 74,414 | 96,948 | 61,085 | 99,996 | 205,753 | 230,716 | 205,192 | 184,657 | 270,416.30 | 1,851,537 |
| Rental Offsets | | | | | | | | | | | | | - |
| Stabilization Period Operating Deficit Net Accrual (Exhibit B) - Base | (257,986) | (109,269) | | (74,414) | - | | | | | | | | (441,669) |
| 10% Return on Operating Deficit - Base | - | - | (55,106) | | (96,948) | (61,085) | (99,996) | (143,776) | | | | | (456,910) |
| Tenant Commercial Liability Expense Net Accrual (Exhibit C) - Base | - | - | - | - | | | | (61,977.00) | (230,715.80) | (205,192) | (24,592) | (24,592) | (547,069) |
| CapEx of Shell/Base Building Improvements - Last 7 Years of the Term - Base | - | - | - | - | - | | | | | | | | - |
| **Total Net Due to MTA from Base Signage** | - | - | - | - | | | | | | | 160,065 | 245,824 | 405,889 |
| | | | | | | | | | | | | | |
| 5.3.2 Add`l Tenant Controlled Signage | 415,602 | 176,026 | 88,773 | 119,876 | 156,177 | 98,404 | 161,088 | 331,456 | 371,670 | 330,552 | 297,471 | 435,625 | 2,982,720 |
| Unrecovered Signage Capital Expenditures Offset - Add`l (Exhibit A) | - | - | - | - | - | | | - | - | - | | - | - |
| 10% Signage Capital Return Offset - Add`l (Exhibit A) | - | - | - | - | | | - | - | - | - | | - | - |
| **Add`l Tenant Controlled Signage Available for Distribution** | 415,602 | 176,026 | 88,773 | 119,876 | 156,177 | 98,404 | 161,088 | 331,456 | 371,670 | 330,552 | 297,471 | 435,625 | 2,982,720 |
| | | | | | | | | | | | | | |
| Westfield Share - 35% | 145,461 | 61,609 | 31,071 | 41,957 | 54,662 | 34,441 | 56,381 | 116,010 | 130,085 | 115,693 | 104,115 | 152,469 | 1,043,952 |
| | | | | | | | | | | | | | - |
| MTA Share - 65% | 270,141 | 114,417 | 57,702 | 77,919 | 101,515 | 63,963 | 104,707 | 215,446 | 241,586 | 214,859 | 193,356 | 283,156 | 1,938,768 |
| Rental Offsets | | | | | | | | | | | | | - |
| Stabilization Period Operating Deficit Net Accrual (Exhibit B) - Add`l | (270,141) | (114,417) | | (4,940) | - | | | | | | | | (389,498) |
| 10% Return on Operating Deficit - Add`l | .. | - | (57,702) | (72,979) | (101,515) | (63,963) | (104,707) | | | | | | (400,867) |
| Tenant Commercial Liability Expense Net Accrual (Exhibit C) - Add`l | - | - | - | - | - | | | (215,446.40) | (241,585.50) | (34,636) | | | (491,668) |
| CapEx of Shell/Base Building Improvements - Last 7 Years of the Term - Add`l | - | - | - | - | | | | | | | | | - |
| **Total Net Due to MTA from Add`l Signage** | - | - | - | - | | | | | | | 180,223 | 193,356 | 283,156 | 656,735 |
| | | | | | | | | | | | | | |
| **Total Signage Participation Rent Due To MTA** | .. | - | - | - | | | | | | 180,223 | 353,421 | 528,981 | 1,062,624 |
| | | | | | | | | | | | | | |
| 5.3.3 Sponsorships | | | | | | | | | | | | | |
| Revenue | 16,434 | 15,385 | 16,497 | 16,126 | 16,497 | 30,293 | 18,164 | 18,164 | 17,943 | 18,314 | 40,443 | 18,314 | 242,574 |
| Expenses | 10,823 | 5,320 | 17,668 | 5,366 | 4,679 | 20,818 | (3,339) | 10,700 | 17,463 | 5,598 | 5,350 | 17,695 | 118,141 |
| **Net Sponsorship Revenue** | 5,611 | 10,065 | (1,171) | 10,760 | 11,818 | 9,475 | 21,503 | 7,464 | 480 | 12,716 | 35,093 | 619 | 124,433 |
| | | | | | | | | | | | | | |
| Westfield Share - 50% | 2,806 | 5,032 | (586) | 5,380 | 5,909 | 4,738 | 10,751 | 3,732 | 240 | 6,358 | 17,547 | 309 | 62,217 |
| | | | | | | | | | | | | | |
| MTA Share - 50% | 2,806 | 5,032 | (586) | 5,380 | 5,909 | 4,738 | 10,751 | 3,732 | 240 | 6,358 | 17,547 | 309 | 62,217 |
| Rental Offsets | | | | | | | | | | | | | |
| Stabilization Period Operating Deficit Net Accrual (Exhibit B) - SPS | (2,806) | (5,032) | | | | | | | | | | | (7,838) |
| 10% Return on Operating Deficit - SPS | - | - | 586 | (5,380) | (5,909) | (4,738) | (10,751.47) | | | | | | (26,193) |
| Tenant Commercial Liability Expense Net Accrual (Exhibit C) - SPS | - | - | - | - | - | | | (3,732) | (240) | | | | (3,972) |
| CapEx of Shell/Base Building Improvements - Last 7 Years of the Term - SPS | - | - | - | - | - | | | | | | | | - |
| **Total Sponsorship Participation Rent Due to MTA** | - | - | - | - | - | | | | | 6,358 | 17,547 | 309 | 24,214 |

| Westfield Fulton Center / Monthly Participation Rent Statement | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD | Inception to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Exhibit A - Unrecovered Signage Capital Expenditures** | | | | | | | | | | | | | | |
| Beginning Cummulative Balance: Unrecovered Signage Capital Expenditure | - | - | - | - | - | - | - | - | - | - | - | | | - |
| Add: Base Signage Capital Expenditure | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Add: Add'l Signage Capital Expenditure | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Less: Base Signage Capital Expenditure Offset in Current Month | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Less: Add'l Signage Capital Expenditure Offset in Current Month | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Signage Capital Expenditure Ending Balance | - | - | - | - | - | - | - | - | - | - | - | | | - |
| | | | | | | | | | | | | | | |
| Beginning Cummulative Balance - Signage Capital Return Offset | - | - | - | - | - | - | - | - | - | - | - | | | - |
| Add: Signage Capital Expenditure Subject to 10% Annual Return | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Add: 10% Signage Capital Return in Current Month | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Less: Signage Capital Return Offset in Current Month | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Less: Signage Capital Return Offset in Current Month - Add'l | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 10% Signage Capital Return Offset Ending Balance | - | - | - | - | - | - | - | - | - | - | - | | | - |
| | | | | | | | | | | | | | | |
| Total Signage Ending Balance Plus Interest Return | - | - | - | - | - | - | - | - | - | - | - | - | | - |
| | | | | | | | | | | | | | | |
| **Exhibit B - Stabilization Period Operating Deficit Net Accrual** | | | | | | | | | | | | | | |
| Beginning Cummulative Balance: Stabilization Period Operating Deficit Accrual (STB) | (1,569,537) | (589,613) | (577,809) | - | 0 | - | - | - | - | - | - | - | | (1,569,537) |
| Current Month Operating Deficit (STB) | 448,991 | (216,915) | 884,746 | (79,353) | | | | | | | | | 1,037,469 | 1,037,469 |
| Less: Rent Offset from Base Signage (STB) | 257,986 | 109,269 | | 74,414 | | | | - | | | | | 441,669 | 441,669 |
| Less: Rent Offset from Add'l Signage (STB) | 270,141 | 114,417 | | 4,940 | | | | | | | | | 389,498 | 389,498 |
| Less: Rent Offset from Sponsorship (STB) | 2,806 | 5,032 | | | | | | | | | | | 7,838 | 7,838 |
| Less: Rent Offset from CNR (STB) | - | - | | - | - | - | - | - | - | - | - | - | | - |
| Ending Cummulative Balance: (STB) | (589,613) | (577,809) | - | 0 | - | - | - | - | - | - | - | - | | - |
| | | | | | | | | | | | | | | |
| **10% Annual Return on Operating Deficit** | | | | | | | | | | | | | | |
| Beginning Cummulative Balance: STB Plus Interest Return | (2,401,521) | (1,437,867) | (1,439,854) | (754,448) | (683,036) | (483,857) | (356,580) | (143,776) | 0 | 0 | 0 | 0 | | |
| Current Month Operating Deficit (AOD) | 448,991 | (216,915) | 884,746 | (79,353) | 60,000 | 182,821 | 38,571 | 411,149 | | | | | | |
| Operating Deficit Subject to 10% Annual Return | (1,952,530) | (1,654,782) | (555,107) | (833,801) | (623,036) | (301,035) | (318,009) | 267,374 | 0 | 0 | 0 | 0 | | |
| 10% Annual Return - Calculation | (16,271) | (13,790) | (4,626) | (6,948) | (5,192) | (2,509) | (2,650) | | 0 | 0 | 0 | 0 | (51,986) | (51,986) |
| Add: Operating Deficit Offset Beginning Balance | (831,984) | (848,255) | (862,045) | (754,448) | (683,037) | (483,857) | (356,580) | (143,776) | 0 | 0 | 0 | 0 | (831,984) | (831,984) |
| Less: Rent Offset from Base Signage (AOD) | - | - | 55,106 | | 96,948 | 61,085 | 99,996 | 143,776 | | | | | - | 456,910 |
| Less: Rent Offset from Add'l Signage (AOD) | - | - | 57,702 | 72,979 | 101,515 | 63,963 | 104,707 | | | | | | - | 400,867 |
| Less: Rent Offset from Sponsorship (AOD) | - | - | (586) | 5,380 | 5,909 | 4,738 | 10,751 | | | | | | - | 26,193 |
| Less: Rent Offset from CNR (AOD) | - | - | - | - | - | - | - | | - | - | - | - | - | - |
| Ending Balance (AOD) | (848,255) | (862,045) | (754,448) | (683,037) | (483,857) | (356,580) | (143,776) | 0 | 0 | 0 | 0 | 0 | (883,970) | 0 |
| | | | | | | | | | | | | | | |
| Total Stabilization Period Operating Deficit Net Accrual Plus Interest Return | (1,437,867) | (1,439,854) | (754,448) | (683,036) | (483,857) | (356,580) | (143,776) | 0 | 0 | 0 | 0 | 0 | | 0 |
| | | | | | | | | | | | | | | |
| **Exhibit C - Tenant Commercial Liability Expense Net Accrual** | | | | | | | | | | | | | | |
| Beginning Cummulative Balance: (TCL) | (748,193) | (771,020) | (795,847) | (820,674) | (845,501) | (870,328) | (895,155) | (919,982) | (663,653) | (215,236) | (0) | (0) | | (746,193) |
| Add: Current Month Liability Expense (TCL) | (24,827) | (24,827) | (24,827) | (24,827) | (24,827) | (24,827) | (24,827) | (24,827) | (24,124) | (24,592) | (24,592) | (24,592) | (296,516) | (296,516) |
| Less: Rent Offset from Base Signage (TCL) | - | - | - | - | - | - | - | 61,977 | 230,716 | 205,192 | 24,592 | 24,592 | 547,069 | 547,069 |
| Less: Rent Offset from Add'l Signage (TCL) | - | - | - | - | - | - | - | 215,446 | 241,586 | 34,636 | | | 491,668 | 491,668 |
| Less: Rent Offset from Sponsorship (TCL) | - | - | - | - | - | - | - | 3,732 | 240 | | | | 3,972 | 3,972 |
| Less: Rent Offset from CNR (TCL) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance: (TCL) | (771,020) | (795,847) | (820,674) | (845,501) | (870,328) | (895,155) | (919,982) | (663,653) | (215,236) | (0) | (0) | (0) | (0) | (0) |
| | | | | | | | | | | | | | | |
| **Exhibit D - Ongoing Capital Expenditures** | | | | | | | | | | | | | | |
| Tenant Allowances | - | - | - | - | - | - | - | - | - | - | - | | | |
| Leasing Commissions | - | - | - | - | - | - | - | - | - | - | - | | | |
| Other Capital Expenditures - Non Signage | - | - | - | - | - | - | - | - | - | - | - | | | |
| Ongoing Capital Expenditures in Excess of Breakpoint | - | - | - | - | - | - | - | - | - | - | - | | | |
| *Monthly calculation with true-up at Year-End | | | | | | | | | | | | | | |

MTA Distribution is offset against Development Capital spent by Westfield at the Fulton Center.



# SECTION 2

| Media Revenue | Beginning Balance | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deutsch LA - NY Anthem | - | | | | | | | | | | | | | - |
| Kinetic - Los Angeles - HSBC | - | | | | | | | | | | | | | - |
| Kinetic - Wall Street Journal | 127,256.84 | | | | | | | | | | | | | - |
| Kinetic - Poster Publicity | 640,885.23 | 224,000.00 | | | | | | | | | | | 375,000.00 | 599,000.00 |
| MediaVest - Candy Crush | - | | | | | | | | | | | | | - |
| MediaVest - World Wide | 255,000.00 | | | | | | | | | | | | | - |
| MKTG Inc - Nike Style Guide | - | | | | | | | | | | | | | - |
| OOH Pitch - T-Mobile | 1,340,981.79 | 116,974.72 | 106,125.37 | 117,495.93 | 134,203.19 | 140,189.38 | 135,667.26 | 140,189.38 | 140,189.38 | 135,667.25 | 140,189.38 | 150,507.23 | 155,434.08 | 1,612,832.55 |
| Rapport | | | | | | 104,484.14 | | | 50,000.00 | 98,346.94 | 153,474.54 | | | 406,305.62 |
| OMG - Virgin Atlantic Airlines | - | | | | | | | | | | | | | - |
| Outdoor Media Group LLC | 1,914,862.44 | 192,179.27 | | | 6,262.50 | | | | 385,200.00 | 200,999.96 | 50,000.00 | 26,578.51 | 215,000.00 | 1,076,220.24 |
| Outdoor Media Group LLC- Rapport | 830,819.25 | | | | 35,715.82 | | | | | | | | | 35,715.82 |
| Posterscope - Burberry | 890,338.03 | | | | | | | | | | | | | - |
| Posterscope | - | 201,000.00 | | | | | | | | 200,999.99 | | 243,200.00 | | 645,199.99 |
| Posterscope USA - British Airways | 312,037.97 | | | | | | | | | | | | | - |
| Orion Trading - American Airlines | 149,500.00 | | | | | | | | | | | | | - |
| Zenith Media Services, Inc. - ASC | 10,000.00 | | | | | | | | | | | | | - |
| DNA | | | | | | | | | | | 110,519.82 | 89,480.19 | | 200,000.01 |
| Adstruc | | | | | | | | | | | | 118,000.00 | | 118,000.00 |
| Pepsi | | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 51,500.00 | 51,500.00 | 51,500.00 | 51,500.00 | 606,000.00 |
| Links of London | | | | | | | | | | | | 15,000.01 | | 15,000.01 |
| Time Inc | | | | | | | | | | | | | 9,999.95 | 9,999.95 |
| PGA Tour, Inc | | | | | | | | 13,749.94 | | 13,749.94 | | | | 27,499.88 |
| Icon International | | | | | | | | 100,000.00 | | | | | | 100,000.00 |
| SWK Partners | | | | 176,000.00 | | | | | | | | | | 176,000.00 |
| Swellshark | 300,000.00 | | | | | | | | | | | | | - |
| Discovery Communications | 22,750.00 | | | | | | | | | | | | | - |
| Zipcar | - | | | | | | | | | | | | | - |
| **Media Revenue Total** | **6,794,431.55** | **784,153.99** | **332,125.37** | **167,495.93** | **226,181.51** | **294,673.52** | **185,667.26** | **303,939.32** | **625,389.38** | **701,264.08** | **623,683.74** | **561,265.93** | **821,934.04** | **5,627,774.07** |

| Sponsorship Revenue | Beginning Balance | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OOH Pitch - WiFi sponsorship | 134,692.20 | 11,434.17 | 10,384.62 | 11,497.25 | 11,126.37 | 11,497.25 | 11,126.37 | 11,497.25 | 11,497.25 | 11,126.37 | 11,497.25 | 11,126.37 | 11,497.25 | 135,307.77 |
| Outdoor Media Group | | | | | | | | | | | | 22,500.00 | | 22,500.00 |
| The Bait Shoppe | | | | | | | 12,500.00 | | | | | | | 12,500.00 |
| Fleishman-Hillard - ACS | - | | | | | | | | | | | | | - |
| Sony Music - Empire Event | - | | | | | | | | | | | | | - |
| XO Group - The Knot | - | | | | | | | | | | | | | - |
| RedPeg Marketing | 15,000.00 | | | | | | | | | | | | | - |
| Honor Society | 20,000.00 | | | | | | | | | | | | | - |
| ZipCar | - | | | | | | | | | | | | | - |
| Glow Style | - | | | | | | | | | | | | | - |
| Island of Treats | - | | | | | | | | | | | | | - |
| Pepsi | 225,806.45 | | | | | | | | | | | | | - |
| Pepsi - vending | 22,580.70 | 5,000.01 | 5,000.01 | 5000.01 | 5,000.01 | 5,000.01 | 6,666.68 | 6,666.68 | 6,666.68 | 6,816.68 | 6,816.68 | 6,816.68 | 6,816.68 | 72,266.81 |
| Discovery Channel | 35,000.00 | | | | | | | | | | | | | - |
| **Sponsorship Revenue Total** | **453,079.35** | **16,434.18** | **15,384.63** | **16,497.26** | **16,126.38** | **16,497.26** | **30,293.05** | **18,163.93** | **18,163.93** | **17,943.05** | **18,313.93** | **40,443.05** | **18,313.93** | **242,574.58** |

# FULTON CENTER

# MONTHLY MTA FEE STATEMENT

## August 2018



2049 CENTURY PARK EAST
41ST FLOOR
CENTURY CITY
CALIFORNIA 90067

FULTON CENTER

FINANCIAL REPORTING PACKAGE

## TABLE OF CONTENTS

1. Monthly MTA Fee Statement
2. Media Revenue



# SECTION 1

| Westfield Fulton Center / Monthly Participation Rent Statement August 2018 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Revenue** | | | | | | | | | | | | | |
| 1.1.1 Retail Shops | 560,489 | 335,513 | 325,512 | 337,818 | (263,014) | 245,583 | 1,031,787 | (280,234) | - | - | - | - | 2,293,455 |
| 1.1.2 Straight Line Rent | (111,201) | 80,855 | 304,372 | 77,448 | 77,448 | 120,326 | 76,588 | 117,807 | - | - | - | - | 743,644 |
| 1.1.3 Percentage Rent | (5,345) | (7,569) | - | - | - | - | - | - | - | - | - | - | (12,914) |
| 1.1.4 Property Tax | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.5 Kiosk/ATM/Trash | 43,807 | 48,163 | 48,163 | 58,163 | 58,163 | (70,590) | 58,577 | 48,419 | - | - | - | - | 292,864 |
| 1.1.6 Specialty Leasing | 10,893 | 33,163 | 28,369 | 33,417 | 17,417 | 26,937 | 29,467 | 29,467 | - | - | - | - | 209,129 |
| 1.1.7 Office | 220,627 | 220,627 | 220,627 | 220,627 | 220,627 | 220,627 | 220,627 | 220,627 | - | - | - | - | 1,765,013 |
| 1.1.8 Storage | 13,765 | 13,883 | 13,906 | 14,159 | 14,927 | 14,985 | 14,985 | 14,985 | - | - | - | - | 115,593 |
| 1.1.9 Vacancy | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.10 Bad Debt Reserve | (237,546) | (18,875) | (145,420) | (106,941) | 595,457 | (59,074) | (655,572) | 614,093 | - | - | - | - | (13,878) |
| 1.1.11 Additional Income | 1,200 | 28,041 | (0) | 500 | 0 | 398 | 4,914 | 35,750 | - | - | - | - | 70,803 |
| 1.1.12 Other Income | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.13 Other Recoverable Income | 33,279 | 32,199 | 29,114 | 30,811 | 46,121 | 9,300 | 47,145 | 64,432 | - | - | - | - | 292,401 |
| 1.1.14 Parking | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.15 Interest Income* | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1.1.16 Management Fee Revenue | 13,249 | 19,150 | 20,616 | 16,650 | 19,179 | 12,712 | 20,713 | 21,634 | - | - | - | - | 143,903 |
| 1.1.17 Manual Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **1.1 Total Rent Revenue** | 543,217 | 785,151 | 845,258 | 682,652 | 786,325 | 521,203 | 849,230 | 886,978 | | | | | 5,900,014 |
| **2. Expenses** | | | | | | | | | | | | | |
| 2.2.1 CAM Expense | 450,947 | 523,803 | 515,540 | 445,725 | 437,336 | 521,838 | 507,127 | 473,308 | - | - | - | - | 3,875,623 |
| 2.2.2 Property Tax | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.3 Specialty Leasing | 4,018 | (20,973) | 4,281 | 13,684 | 5,782 | 3,715 | 3,912 | 4,102 | - | - | - | - | 18,522 |
| 2.2.4 Brand Ventures | 21,250 | 21,250 | 20,206 | 21,250 | 21,250 | 22,750 | 21,250 | 34,990 | - | - | - | - | 184,193 |
| 2.2.5 Marketing | 88,477 | (18,949) | 8,480 | 7,956 | 8,628 | 17,150 | 8,888 | 7,926 | - | - | - | - | 128,556 |
| 2.2.6 Office Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.7 Parking | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.8 Events | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.9 Other Recoverable | 28,417 | 33,718 | 29,114 | 30,779 | 46,121 | 25,934 | 30,416 | 64,432 | - | - | - | - | 288,931 |
| 2.2.10 Digital Services | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | - | - | - | - | 24,800 |
| 2.2.11 Interest Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.12 Management Fees | 13,249 | 19,150 | 20,616 | 16,650 | 19,179 | 12,712 | 20,713 | 21,634 | - | - | - | - | 143,903 |
| 2.2.13 LL Audit/Prof Fees | 183 | 339 | 338 | 422 | 426 | 337 | 422 | 187 | - | - | - | - | 2,655 |
| 2.2.14 LL Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.15 LL Legal Fees | (661) | - | - | 650 | 10,000 | (8,500) | - | 1,080 | - | - | - | - | 2,569 |
| 2.2.16 Manual Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.17 LL Electricity | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.18 LL FedEx/Messengers | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.19 BV Rep & Maint General | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2.2.20 BV Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **2.2 Total O & M Expenses** | 608,979 | 561,437 | 601,675 | 540,216 | 551,822 | 599,036 | 595,828 | 610,757 | | | | | 4,669,750 |
| **3. Ongoing Capital Expenditures in Excess of Breakpoint (Exhibit D)** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Commercial Net Revenues** | (65,762) | 223,714 | 243,583 | 142,436 | 234,503 | (77,833) | 253,402 | 276,221 | - | - | - | - | 1,230,263 |

*calculated based on language in Section 4.1

| Westfield Fulton Center / Monthly Signage Participation Rent Statement | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.3.1 Base Tenant Controlled Signage | 372,235 | 73,325 | 428,460 | 639,440 | 179,504 | 184,971 | 92,825 | 168,116 | | | | | 2,138,876 |
| Unrecovered Signage Capital Expenditures Offset (Exhibit A) | | | | | | | | | | | | | - |
| 10% Signage Capital Return Offset (Exhibit A) | | | | | | | | | | | | | - |
| Base Tenant Controlled Signage Available for Distribution | 372,235 | 73,325 | 428,460 | 639,440 | 179,504 | 184,971 | 92,825 | 168,116 | | | | | 2,138,876 |
| | | | | | | | | | | | | | - |
| Westfield Share - 30% | 111,671 | 21,998 | 128,538 | 191,832 | 53,851 | 55,491 | 27,848 | 50,435 | | | | | 641,663 |
| | | | | | | | | | | | | | - |
| MTA Share - 70% | 260,565 | 51,328 | 299,922 | 447,608 | 125,653 | 129,480 | 64,978 | 117,681 | | | | | 1,497,213 |
| Rental Offsets | | | | | | | | | | | | | - |
| Stabilization Period Operating Deficit Net Accrual (Exhibit B) - Base | | | | | | | | | | | | | - |
| 10% Return on Operating Deficit - Base | | | | | | | | | | | | | - |
| Tenant Commercial Liability Expense Net Accrual (Exhibit C) - Base | (24,592) | (24,592) | (24,598) | (24,595) | (24,595) | (24,595) | (24,595) | (24,595) | | | | | (196,757) |
| CapEx of Shell/Base Building Improvements - Last 7 Years of the Term - Base | | | | | | | | | | | | | - |
| Total Net Due to MTA from Base Signage | 235,973 | 26,736 | 275,324 | 423,013 | 101,058 | 104,885 | 40,383 | 93,086 | | | | | 1,300,456 |
| | | | | | | | | | | | | | |
| 5.3.2 Add`l Tenant Controlled Signage | 419,755 | 82,685 | 483,157 | 721,071 | 202,420 | 208,584 | 104,675 | 189,578 | | | | | 2,411,925 |
| Unrecovered Signage Capital Expenditures Offset - Add`l(Exhibit A) | | | | | | | | | | | | | - |
| 10% Signage Capital Return Offset - Add`l (Exhibit A) | | | | | | | | | | | | | - |
| Add`l Tenant Controlled Signage Available for Distribution | 419,755 | 82,685 | 483,157 | 721,071 | 202,420 | 208,584 | 104,675 | 189,578 | | | | | 2,411,925 |
| | | | | | | | | | | | | | - |
| Westfield Share - 35% | 146,914 | 28,940 | 169,105 | 252,375 | 70,847 | 73,004 | 36,636 | 66,352 | | | | | 844,174 |
| | | | | | | | | | | | | | - |
| MTA Share - 65% | 272,841 | 53,745 | 314,052 | 468,696 | 131,573 | 135,580 | 68,039 | 123,225 | | | | | 1,567,751 |
| Rental Offsets | | | | | | | | | | | | | - |
| Stabilization Period Operating Deficit Net Accrual (Exhibit B) - Add`l | | | | | | | | | | | | | - |
| 10% Return on Operating Deficit - Add`l | | | | | | | | | | | | | - |
| Tenant Commercial Liability Expense Net Accrual (Exhibit C) - Add`l | | | | | | | | | | | | | - |
| CapEx of Shell/Base Building Improvements - Last 7 Years of the Term - Add`l | | | | | | | | | | | | | - |
| Total Net Due to MTA from Add`l Signage | 272,841 | 53,745 | 314,052 | 468,696 | 131,573 | 135,580 | 68,039 | 123,225 | | | | | 1,567,751 |
| | | | | | | | | | | | | | |
| Total Signage Participation Rent Due To MTA | 508,813 | 80,481 | 589,376 | 891,709 | 232,631 | 240,464 | 108,421 | 216,311 | | | | | 2,868,207 |
| | | | | | | | | | | | | | |
| S.3.3 Sponsorships | | | | | | | | | | | | | - |
| Revenue | | | | | | | | | | | | | - |
| Expenses | 7,865 | (5,350) | 2,630 | | | | | | | | | | 5,145 |
| Net Sponsorship Revenue | (7,865) | 5,350 | (2,630) | | | | | | | | | | (5,145) |
| | | | | | | | | | | | | | - |
| Westfield Share - 50% | (3,933) | 2,675 | (1,315) | | | | | | | | | | (2,573) |
| | | | | | | | | | | | | | - |
| MTA Share - 50% | (3,933) | 2,675 | (1,315) | | | | | | | | | | (2,573) |
| Rental Offsets | | | | | | | | | | | | | - |
| Stabilization Period Operating Deficit Net Accrual (Exhibit B) - SPS | | - | | | | | | | | | | | - |
| 10% Return on Operating Deficit - SPS | | | | | | | | | | | | | - |
| Tenant Commercial Liability Expense Net Accrual (Exhibit C) - SPS | | | | | | | | | | | | | - |
| CapEx of Shell/Base Building Improvements - Last 7 Years of the Term - SPS | | | | | | | | | | | | | - |
| Total Sponsorship Participation Rent Due to MTA | (3,933) | 2,675 | (1,315) | | | | | | | | | | (2,573) |

| Westfield Fulton Center / Monthly Participation Rent Statement | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD | Inception to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Exhibit A - Unrecovered Signage Capital Expenditures** | | | | | | | | | | | | | | |
| Beginning Cummulative Balance: Unrecovered Signage Capital Expenditure | | | | | | | | | | | | | | |
| Add: Base Signage Capital Expenditure | | | | | | | | | | | | | | |
| Add: Add'l Signage Capital Expenditure | | | | | | | | | | | | | | |
| Less: Base Signage Capital Expenditure Offset in Current Month | | | | | | | | | | | | | | |
| Less: Add'l Signage Capital Expenditure Offset in Current Month | | | | | | | | | | | | | | |
| **Signage Capital Expenditure Ending Balance** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Beginning Cummulative Balance - Signage Capital Return Offset | - | | | | | | | | | | | | | |
| Add: Signage Capital Expenditure Subject to 10% Annual Return | | | | | | | | | | | | | | |
| Add: 10% Signage Capital Return in Current Month | | | | | | | | | | | | | | |
| Less: Signage Capital Return Offset in Current Month | | | | | | | | | | | | | | |
| Less: Signage Capital Return Offset in Current Month - Add'l | | | | | | | | | | | | | | |
| **10% Signage Capital Return Offset Ending Balance** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total Signage Ending Balance Plus Interest Return** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Exhibit B - Stabilization Period Operating Deficit Net Accrual** | | | | | | | | | | | | | | |
| Beginning Cummulative Balance: Stabilization Period Operating Deficit Accrual (STB) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Month Operating Deficit (STB) | | | | | | | | | | | | | | |
| Less: Rent Offset from Base Signage (STB) | | | | | | | | | | | | | | |
| Less: Rent Offset from Add'l Signage (STB) | | | | | | | | | | | | | | |
| Less: Rent Offset from Sponsorship (STB) | | | | | | | | | | | | | | |
| Less: Rent Offset from CNR (STB) | | | | | | | | | | | | | | |
| **Ending Cummulative Balance: (STB)** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| **10% Annual Return on Operating Deficit** | | | | | | | | | | | | | | |
| Beginning Cummulative Balance: STB Plus Interest Return | 0 | | | | | | | | | | | | | |
| Current Month Operating Deficit (AOD) | | | | | | | | | | | | | | |
| Operating Deficit Subject to 10% Annual Return | | | | | | | | | | | | | | |
| 10% Annual Return - Calculation | | | | | | | | | | | | | | |
| Add: Operating Deficit Offset Beginning Balance | | | | | | | | | | | | | | |
| Less: Rent Offset from Base Signage (AOD) | | | | | | | | | | | | | | |
| Less: Rent Offset from Add'l Signage (AOD) | | | | | | | | | | | | | | |
| Less: Rent Offset from Sponsorship (AOD) | | | | | | | | | | | | | | |
| Less: Rent Offset from CNR (AOD) | | | | | | | | | | | | | | |
| **Ending Balance (AOD)** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total Stabilization Period Operating Deficit Net Accrual Plus Interest Return** | - | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Exhibit C - Tenant Commercial Liability Expense Net Accrual** | | | | | | | | | | | | | | |
| Beginning Cummulative Balance: (TCL) | (0) | | | | | | | | | | | | | |
| Add: Current Month Liability Expense (TCL) | (24,592) | (24,592) | (24,598) | (24,595) | (24,595) | (24,595) | (24,595) | (24,595) | | | | | | (196,757) |
| Less: Rent Offset from Base Signage (TCL) | 24,592 | 24,592 | 24,598 | 24,595 | 24,595 | 24,595 | 24,595 | 24,595 | | | | | | 196,757 |
| Less: Rent Offset from Add'l Signage (TCL) | | | | | | | | | | | | | | |
| Less: Rent Offset from Sponsorship (TCL) | | | | | | | | | | | | | | |
| Less: Rent Offset from CNR (TCL) | | | | | | | | | | | | | | |
| **Ending Balance: (TCL)** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| **Exhibit D - Ongoing Capital Expenditures** | | | | | | | | | | | | | | |
| Tenant Allowances | | | | | | | | | | | | | | |
| Leasing Commissions | | | | | | | | | | | | | | |
| Other Capital Expenditures - Non Signage | | | | | | | | | | | | | | |
| Ongoing Capital Expenditures in Excess of Breakpoint | | | | | | | | | | | | | | |
| *Monthly calculation with true-up at Year-End | | | | | | | | | | | | | | |



# SECTION 2

| Media Revenue | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outdoor Media Group LLC | 435,000.00 | | 301,398.51 | 253,101.46 | 108,000.05 | 146,000.01 | 145,999.97 | 170,000.00 | | | | | 1,559,500.00 |
| Ooh Pitch | | | 136,193.78 | 136,193.79 | 136,193.59 | | | 136,193.69 | | | | | 544,774.85 |
| Icon International | | | 162,525.00 | | | 149,991.68 | | | | | | | 312,516.68 |
| Project X | | | 259,999.92 | | | | | | | | | | 259,999.92 |
| Pepsi | 51,500.00 | 51,500.00 | 51,500.00 | 53,645.49 | 49,354.51 | 51,500.00 | 51,500.00 | 51,500.00 | | | | | 412,000.00 |
| Poster Publicity | | | | 900,000.01 | | | | | | | | | 900,000.01 |
| Hearts & Science | | | | 17,570.39 | 43,376.26 | 46,063.32 | | | | | | | 107,009.97 |
| Billups, Inc | 200,000.00 | | | | | | | | | | | | 200,000.00 |
| Duncan-Channon | 60,490.15 | 89,509.86 | | | | | | | | | | | 150,000.01 |
| Links of London, Inc | | 15,000.01 | | | | | | | | | | | 15,000.01 |
| WIT - Arts & Culture Network Inc | 45,000.00 | | | | 44,999.91 | | | | | | | | 89,999.91 |
| Zipcar | | | | | | | | | | | | | - |
| **Media Revenue Total** | **791,990.15** | **156,009.87** | **911,617.21** | **1,360,511.14** | **381,924.32** | **393,555.01** | **197,499.97** | **357,693.69** | **-** | **-** | **-** | **-** | **4,550,801.36** |

| Sponsorship Revenue | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OOH Pitch - WiFi sponsorship | | | | | | | | | | | | | - |
| Outdoor Media Group | | | | | | | | | | | | | - |
| The Bait Shoppe | | | | | | | | | | | | | - |
| Fleishman-Hillard - ACS | | | | | | | | | | | | | - |
| Sony Music - Empire Event | | | | | | | | | | | | | - |
| XO Group - The Knot | | | | | | | | | | | | | - |
| RedPeg Marketing | | | | | | | | | | | | | - |
| Honor Society | | | | | | | | | | | | | - |
| ZipCar | | | | | | | | | | | | | - |
| Glow Style | | | | | | | | | | | | | - |
| Island of Treats | | | | | | | | | | | | | - |
| Pepsi | | | | | | | | | | | | | - |
| Pepsi - vending | | | | | | | | | | | | | - |
| Discovery Channel | | | | | | | | | | | | | - |
| **Sponsorship Revenue Total** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |