USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
NEW YORK CITY TRANSIT AUTHORITY,

                      Plaintiff,

      -against-

WESTFIELD FULTON CENTER LLC,

                      Defendant.
-------------------------------------------------------- X

18-CV-11898 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On January 16, 2019, I stayed this action pending resolution of an arbitration proceeding to be commenced by Plaintiff New York City Transit Authority against Defendant Westfield Fulton Center LLC.  (Doc. 9.)  I also directed the parties to file a joint status letter following the conclusion of the proposed arbitration.  (*Id.*)  Accordingly, it is hereby:

      ORDERED that within thirty (30) days of this Order, the parties shall submit a joint letter updating the Court on the status of the proposed arbitration in this case.

SO ORDERED.

Dated:   June 16, 2020
             New York, New York

                                                Vernon S. Broderick
                                                United States District Judge