USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
NEW YORK CITY TRANSIT :
AUTHORITY, :
:
                     Plaintiff, :     18-CV-11898 (VSB)
:
:          **ORDER**
:
    -against- :
:
WESTFIELD FULTON CENTER LLC, :
:
                  Defendant. :
---------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 15, 2020, I directed the parties to file a joint status letter updating the Court on the status of the proposed arbitration in this case. (Doc. 10.) On July 15, 2020, the parties submitted a joint letter notifying the Court that that attempts to resolve the dispute are ongoing. (Doc. 11.) Accordingly, it is hereby:

ORDERED that within sixty (60) days of this Order, the parties shall submit a joint letter updating the Court on the status of resolution discussions.

SO ORDERED.

Dated: July 16, 2020
      New York, New York

                                               Vernon S. Broderick
                                               United States District Judge